IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

STANLEY WARNER, III                          PLAINTIFF

v.                No: 4:20-cv-691-DPM

LUCAS EMBERTON, Sheriff,
Van Buren County; and
BRICK LEWIS, Administrator,
Van Buren County Jail                          DEFENDANTS

### ORDER

1. The Court withdraws the reference.

2. Warner hasn't paid the filing and administrative fees or filed an application to proceed *in forma pauperis*; and the time to do so has passed. *Doc. 2.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

                                          _____
                                          D.P. Marshall Jr.
                                          United States District Judge

                                          24 September 2020