IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

STANLEY WARNER, III                                                                PLAINTIFF

v.                                    No: 4:20-cv-691-DPM

LUCAS EMBERTON, Sheriff,
Van Buren County; and
BRICK LEWIS, Administrator,
Van Buren County Jail                                                              DEFENDANTS

## JUDGMENT

Warner's complaint is dismissed without prejudice.


*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 September 2020